IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| COREY R. LEARY, #1208967 | § |
| | § |
| V. | § CIVIL ACTION NO. G-05-256 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE-INSTITUTIONAL DIVISION | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, this civil action is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 24th day of May, 2005.

_____
Samuel B. Kent
United States District Judge